# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARK FREEMAN,<br><br>Petitioner,<br><br>v.<br><br>XAVIER BECERRA, Attorney General,<br><br>Respondent. | Case No.: 1:21-cv-00195-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 10)<br><br>30-DAY DEADLINE |

On May 17, 2021, Petitioner filed a motion to extend time to file a traverse. (Doc. 10.) Petitioner indicates that counsel for Respondent has no objection to Petitioner's request for an extension. (Id. at 2.) Good cause appearing therefore, the Court **GRANTS** Petitioner's motion to extend time. Petitioner SHALL file a traverse within 30 days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 18, 2021**     /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE