UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARK FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA,<br><br>Defendant. | Old Case No.: 1:21-cv-00195-NONE-JLT (HC)<br>New Case No.: 1:21-cv-00195-JLT (HC)<br><br>ORDER REASSIGNING CASE<br><br>(Doc. Nos. 5 & 6) |

On June 28, 2021, findings and recommendations issued requesting, among other things, that the clerk of court assign a district judge to this matter. (Doc. Nos. 13 & 14.) That reassignment, which took place the same day, appears to have been an administrative error, as this case previously had been assigned to United States Magistrate Judge Jennifer L. Thurston for all further proceedings pursuant to the parties' consent. (Doc. Nos. 5, 6, 8 (consents to magistrate judge jurisdiction and subsequent reassignment order).) In light of the still-valid consents, the court re-assigns this action once again to Judge Thurston for all further proceedings including trial and entry of judgment. All further papers filed in this action shall bear the case number:

**1:21-cv-00195-JLT (HC)**

IT IS SO ORDERED.

Dated: **October 8, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

1